# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**347**

**KA 11-01864**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

CURTIS A. WRIGHT, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

LEANNE LAPP, PUBLIC DEFENDER, CANANDAIGUA (BRIAN SHIFFRIN OF COUNSEL),
FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA (JEFFREY L. TAYLOR
OF COUNSEL), FOR RESPONDENT.

---

Appeal from a resentence of the Ontario County Court (Frederick
G. Reed, A.J.), rendered November 10, 2010.  Defendant was resentenced
upon his conviction of criminal possession of a controlled substance
in the fourth degree and assault in the second degree (two counts).

It is hereby ORDERED that the resentence so appealed from is
unanimously affirmed.

Entered:  March 22, 2013                        Frances E. Cafarell
                                                Clerk of the Court